CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 3 1 2008

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID EDWIN SAUNDERS,<br>Plaintiff, | Civil Action No. 7:08cv00431 |
| v. | **FINAL ORDER** |
| COL. RONALD MATTHEWS, et al.,<br>Defendants. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED**; Saunders' motion to proceed in forma pauperis is **DENIED as MOOT**; and this case is hereby **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 31st day of July, 2008.

_____
United States District Judge